**Ruling on Motion filed March 16, 2021 Withdrawn; Motion Granted and Abatement Order filed April 20, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00796-CV**

_____

**SARAH GARNELO, Appellant**

**V.**

**URBAN SOUTHWEST TOWNSHIP APARTMENTS GP, LLC D/B/A TOWNSHIP APARTMENTS, Appellee**

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-43220**

## ABATEMENT ORDER

This attempted appeal is from a judgment signed September 30, 2020. On March 5, 2021, we notified the parties the record reflects the judgment is not final and we would consider dismissal of the appeal for want of jurisdiction if no response was filed demonstrating meritorious grounds for continuing the appeal. In response, appellant filed an unopposed motion to abate this appeal for sixty days so

that appellant may cure the defect by dismissing the remaining defendant from the trial court proceedings. *See* Tex. R. App. P. 27.2. On April 6, 2021, the motion was denied. On our motion, we withdraw that ruling, grant the motion, and issue the following order.

We order the case abated and remanded to the trial court for a period of sixty days to permit voluntary further proceedings based on the non-suit filed on March 16, 2021 and any other matters that all parties and the trial court are able to agree are necessary for the rendition of a final judgment. A supplemental clerk's record containing the trial court's order(s), if any, shall be filed with the clerk of this court within sixty days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion. It is the responsibility of any party seeking reinstatement to request a hearing date from the trial court and to schedule a hearing, if a hearing is required, in compliance with this court's order. If the parties do not request a hearing, the court coordinator of the trial court shall set a hearing date and notify the parties of such date.

If, within sixty days of the date of this order, no supplemental record is filed in this court demonstrating the judgment signed September 30, 2020, is a final appealable judgment, the judgment will be dismissed for want of jurisdiction.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Spain and Wilson.